IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
__Rome__ DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Rome

NOV 20 2020

JAMES N. HATTEN, Clerk
By: ◯◯◯ Deputy Clerk

__Zachary Edgar Coley__
(Print your full name)

Plaintiff *pro se*,

v.

__Shaw Industries,__
__Inc, plant 3__

(Print full name of each defendant; an employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

__4:20 CV- 269__-HLM-WEJ

(to be assigned by Clerk)

## *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those that apply):

   _____ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

   **NOTE**: To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

Page 1 of 9

      \_\_\_\_    Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

✓    Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

✓    Other (describe) _Wrongful termination_

2.   This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3. Plaintiff.   Print your full name and mailing address below:

   Name      Zachary E Coley

   Address   1521 Lafayette rd, Rockyface, Ga. 30740

4. Defendant(s).   Print below the name and address of each defendant listed on page 1 of this form:

   Name      Shaw Inc plant #3

   Address   715 S. Glenwood Ave, Dalton, Ga. 30721

   Name      _____

   Address   _____

   Name      _____

   Address   _____

## Location and Time

5. If the alleged discriminatory conduct occurred at a location <u>different</u> from the address provided for defendant(s), state where that discrimination occurred:

   _____

   _____

6.  When did the alleged discrimination occur? (State date or time period)

    April of 2019 I ask for my hours to be reduced and got told No

## Administrative Procedures

7.  Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?    ✓ Yes    ___ No

    If you checked "Yes," attach a copy of the charge to this complaint.

8.  Have you received a Notice of Right-to-Sue letter from the EEOC?

    ✓ Yes    ___ No

    If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: 9-8-20

9.  If you are suing for **age discrimination**, check one of the following:

    ___   60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

    ___   Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

\_\_\_\_\_ Yes   \_✓\_ No   \_\_\_\_\_ Not applicable, because I was not an employee of, or applicant with, a State agency.

If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

_____
_____
_____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

\_\_\_\_\_ Yes   \_✓\_ No   \_\_\_\_\_ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

If you checked "Yes," describe below what happened in that administrative process:

_____
_____
_____

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

    ____ failure to hire me
    ____ failure to promote me
    ✓ demotion
    ✓ reduction in my wages
    ✓ working under terms and conditions of employment that differed from similarly situated employees
    ✓ harassment
    ✓ retaliation
    ✓ termination of my employment
    ✓ failure to accommodate my disability
    ____ other (please specify) _____

13. I believe that I was discriminated against because of (check only those that apply):

    ____ my race or color, which is _____
    ____ my religion, which is _____
    ____ my sex (gender), which is  ____ male  ____ female
    ____ my national origin, which is _____
    ____ my age (my date of birth is _____)
    ✓ my disability or perceived disability, which is:
    M.I.D., physical anxiety
    ____ my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

    ____ other (please specify) _____

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

I believe I was Discriminated cause I wanted my Hours cut so I can continue my disability.

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

15. Plaintiff  _____ still works for defendant(s)
    ✓ no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?  ✓ Yes  _____ No

    If you checked "Yes," please explain: I ask for my hours to be cut so I can keep my Health insurance.

17. If your case goes to trial, it will be heard by a judge unless you elect a jury trial. Do you request a jury trial?  _____ Yes  ✓ No

## Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

✓ Defendant(s) be directed to mediation to settle

_____ Money damages (list amounts) _____

_____ Costs and fees involved in litigating this case

_____ Such other relief as my be appropriate

Page 8 of 9

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this __19__ day of __November__, 20__20__

_____
(Signature of plaintiff *pro se*)

__Zack Coley__
(Printed name of plaintiff *pro se*)

__1521 Lafayette Rd__
(street address)

__Rocky Face, GA 30740__
(City, State, and zip code)

_____
(email address)

__706-516-4345__
(telephone number)

LETTER OF COMPLINT

am asking the court to handle my wrongful termination,retaliation and disability discrimination. I was fired for just saying a joke about a video game yet the other guy made jokes about homemade bombs I felt like no matter what I said they already made up there minds and am the victim here. I went to the EEOC they didnt help just gave me a right to sue letter. Whom ever judge reads this letter I prey I reach out you your my only hope I try reach out to attorneys and the only ones thats willing to help is the outta pocket ones I just dont have that kinda money am on SSI now shaw caused to almost lose everything even my health insurance. If it wont hurt I would like to ask a motion to appoint counsel. I feel that I been discriminated for disability on facts of the state saying I did'nt violate policy that they claim I did I asked for my hours to be reduced I got this out come not treated like a disabled adult I also have evidence of documents of unemployment from the department of labor,and proof of being disabled from the SSA.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>560-2020-00343 |
|---|---|---|

_____ null _____ and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.)<br>MR. ZACHARY E COLEY | Home Phone<br>(706) 516-4345 | Year of Birth<br>1988 |
|---|---|---|

Street Address                                          City, State and ZIP Code
1521 LAFAYETTE ROAD, ROCKY FACE, GA 30740

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>SHAW INDUSTRIES, INC. PLANT #3 | No. Employees, Members<br>101 - 200 | Phone No.<br>(706) 278-3812 |
|---|---|---|

Street Address                                          City, State and ZIP Code
715 S. GLENWOOD AVE., DALTON, GA 30721

| Name | No. Employees, Members | Phone No. |
|---|---|---|

Street Address                                          City, State and ZIP Code

| DISCRIMINATION BASED ON (Check appropriate box(es).)<br>☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER (Specify) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest             Latest<br>08-19-2019       08-19-2019<br><br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired full-time with the above-named employer in April 2016, as a Carpet Walker. I am a person with a disability. On August 8, 2019, my co-worker Michael told Supervisor, Cathy Painter, I spoke of violence however, I was referring to video game Grand Theft Auto. On August 12, 2019, I was subsequently discharged.

Sandy Johnson, HR Manager, stated I was discharged for violation of company policy.

I believe I have been discriminated against because of my disability, in violation of Title I of the Americans with Disabilities Act of 1990, as amended

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>Digitally signed by Zachary Coley on 06-11-2020 02:16 PM EDT | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

EEOC Form 161 (11/16)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Zachary E. Coley
1521 Lafayette Road
Rocky Face, GA 30740

From: Atlanta District Office
100 Alabama Street, S.W.
Suite 4R30
Atlanta, GA 30303

[ ]   On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 560-2020-00343 | Robyn Conley, Investigator | (404) 562-6856 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Ivan Garcia
*Digitally signed by Ivan Garcia*
*DN: cn=Ivan Garcia, o=U.S. EEOC Atlanta District Office, ou=Enforcement Unit 2, email=ivan.garcia@eeoc.gov, c=US*
*Date: 2020.09.04 09:43:43 -04'00'*

Enclosures(s)

Darrell E. Graham,
District Director

(Date Mailed)

cc:   Heather Canada Smith
HR Director
Director of HR Compliance
heather.canada_smith@shawinc.com
900 VD Parrot Parkway
Dalton, GA 30722